IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEROME CLARKE, | : |
| Plaintiff, | : |
| v. | : No. 5:24-cv-00099-MTT-CHW |
| TYRONE OLIVER, *et al.*, | : Proceedings under 42 U.S.C. § 1983 |
| Defendants. | : Before the U.S. Magistrate Judge |

## ORDER

Before the Court is Plaintiff Jerome Clarke's motion for default judgment. (Doc. 26). Plaintiff asserts that Defendant Jester failed to timely answer despite receiving an extension of time from the Court to do so and asks that the Court enter a default judgment against her. (*Id.*) Plaintiff correctly acknowledges that Defendant Jester received an extension of time to answer or otherwise respond to Plaintiff's complaint until December 2, 2024. *See* (Docs. 20, 21). Plaintiff is mistaken, however, about Defendant Jester's failure to respond. Because Defendant Jester timely filed a pre-answer motion to dismiss (Doc. 23), Defendant Jester is not in default, and Plaintiff's motion for default judgment (Doc. 26) is **DENIED**.

**SO ORDERED**, this 7th day of January, 2025.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge